UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE VELASQUEZ-MORALES,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C19-0515-RSM-MAT

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This is a 28 U.S.C. § 2241 habeas action. The Court appointed the Federal Public Defender to represent petitioner in this matter. Gregory Murphy, an Assistant Federal Public Defender, thereafter spoke with petitioner several times, reviewed petitioner's immigration file, and consulted with the immigration attorneys pursuing petitioner's appeal. (Dkt. 18 at 1.) Based on that review, Mr. Murphy concluded that the Federal Public Defender is unable to assist petitioner with his habeas petition. (*Id.*) Mr. Murphy informed petitioner of the reasons for that determination, and petitioner does not oppose the motion to withdraw. (*Id.* at 1-2.) Having considered the foregoing, the Court GRANTS the motion to withdraw (Dkt. 18) and allows the Federal Public Defender to withdraw as counsel.

The Clerk is directed to RE-NOTE the Government's motion to dismiss (Dkt. 7) for **September 27, 2019**. Petitioner shall file any response brief on or before **September 23, 2019**. The Government shall file any reply by the noting date.

The Clerk is directed to send copies of this order to petitioner at the Northwest Detention Center, to the Federal Public Defender, to counsel for the Government, and to the Honorable Ricardo S. Martinez.

Dated this 30th day of August, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL - 2